IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CAPITOL CLEANERS AND LAUNDERERS, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-865 (GMS) |
| CNA INSURANCE COMPANIES, INC., CNA INSURANCE GROUP, INC., and TRANSCONTINENTAL INSURANCE COMPANY, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

WHEREAS the present case is before the court after being removed from Delaware Superior Court by defendant Transcontinental Insurance Co. pursuant to 28 U.S.C. § 1441 (1994);

WHEREAS neither the Delaware Superior Court docket, nor this court's docket reflect that defendants CNA Insurance Companies, Inc. and CNA Insurance Group, Inc. were served with process; and

WHEREAS pursuant to 28 U.S.C. § 1448 (1994), in the event that one or more defendants were not served with process prior to removal, "service may be completed or new process issued in the same manner as in cases originally filed in . . . district court."

IT IS HEREBY ORDERED THAT:

Plaintiff Capitol Cleaners and Launderers, Inc. show good cause, no later than **Friday, March 18, 2005**, for its failure to serve the above-mentioned defendants in accordance with Fed. R. Civ. P. 4, or the court on its own initiative will dismiss the action without prejudice as to those defendants pursuant to Rule 4(m).

Dated: March 15, 2005                                          _____/s/_____
                                                                             UNITED STATES DISTRICT JUDGE