# EXHIBIT A

```
                    SUPERIOR COURT - NEW CASTLE COUNTY
                           AS OF 03/15/2005                          PAGE        1

04C-04-024
FILED   April 02,2004                  DECLARATORY JUDGEMENT
JUDGE:  FSS                            NON ARBITRATION
STATUS: CLO    E-FILED:                NON-JURY TRIAL

KELLY MICHAEL P.           CAPITOL CLEANERS AND
                           LAUNDERERS, INC., A CORPORATION IN THE
                           STATE OF DELAWARE
                                     -- VS --
                           CNA INSURANCE COMPANIES, INC.,
                           CNA INSURANCE GROUP, INC.,
                           AND
                           TRANSCONTINENTAL INSURANCE GROUP,
                           A CNA COMPANY

   04/02/2004       1    INITIAL COMPLAINT DECLARATORY JUDGMENT
                         ATTY: MICHAEL P. KELLY, ESQ

   04/08/2004            SUMMONS SENT TO SHERIFF FOR SERVICE ON
                         CNA INSURANCE COMPANY.

   05/03/2004       2    WRIT RETURNED
                         NON EST AS TO CNA INSURANCE COMPANY THIS 04/27/07,
                         REFUSED  BY THE INSURANCE COMMISSIONER'S OFFICE. THAY
                         CAN NOT ACCEPT UNDER CNA INSURANCE  COMPANY. THEY CAN
                         ACCEPT UNDER THE FOLLOWING AS PER DONNA WYSOPAL,
                         SENIOR SECRETARY TO DARRYL REESE.
                         1. CNA REINSURANCE CO. LIMITED.

   05/27/2004       3    AMENDED COMPLAINT FILED ON 05/27/2004
                         ADDING CNA INSURANCE GROUP, INC. AND TRANSCONTINENTAL
                         INSURANCE COMPANY.

   06/16/2004       3    SUMMONS SENT TO SHERIFF FOR SERVICE ON
                         CNA INSURANCE COMPANIES.

   06/16/2004       3    SUMMONS SENT TO SHERIFF FOR SERVICE ON
                         CNA INSURANCE GROUP.

   06/16/2004       3    SUMMONS SENT TO SHERIFF FOR SERVICE ON
                         TRANSCONTINENTAL INSURANCE COMPANY.

   07/06/2004       5    WRIT RETURNED
                         SERVED TRANSCONTINENTAL
                         BY SERVING INSURANCE COMMISSIONER ON
                         6/22/04.

   07/08/2004       4    WRIT RETURNED - AMENDED SUMMONS
                         NON EST AS TO CNA INSURANCE COMPANIES INC.
                         ON 07/07/04. (ATTEMPTED SERVICE ON 06-23-04 VIOD
                         3-1-96).

   07/08/2004       4    WRIT RETURNED - AMENDED SUMMONS
                         NON EST AS TO CNA INSURANCE GROUP INC. ON 07-07-04.
                         (ATTEMPTED SERVICE 06-23-04 VOID 3-1-96).
```

```
                  SUPERIOR COURT - NEW CASTLE COUNTY
                         AS OF 03/15/2005                        PAGE    2
04C-04-024
07/08/2004      4   WRIT RETURNED - AMENDED SUMMONS
                    SERVED TRANSCONTINENTAL INSURANCE COMPANY BY SERVING
                    THEIR REGISTERED AGENT, THE COMPANY CORPORATION, AND
                    LEAVING WRIT WITH M. MESSINA ON 06-18-04.

07/13/2004      6   NOTICE OF REMOVAL TO THE UNTIED STATES DISTRICT COURT
                    FOR THE DISTRICT COURT OF THE STATE OF DELAWARE.
```