# EXHIBIT B

Division of Corporations - Online Services

Page 1 of 1




# State of Delaware
## The Official Website for the First State

Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & Local Sites

State Directory | Help | Search Delaware [Go]    Citizen Services | Business Services | Visitor Info.

**Department of State: Division of Corporations**

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

SERVICES
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status

INFORMATION
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions    View Search Results    Summary of Charges    Logout

## Entity Details

| | | | |
|---|---|---|---|
| File Number: | 0662910 | Incorporation Date / Formation Date: | 09/08/1967 (mm/dd/yyyy) |
| Entity Name: | CNA FINANCIAL CORPORATION | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |
| Status: | GOOD STANDING | Tax Status: | CURRENT |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Name: | THE CORPORATION TRUST COMPANY |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE STREET |
| City: | WILMINGTON |
| County: | NEW CASTLE |
| State: | DE |
| Postal Code: | 19801 |
| Phone: | (302)658-7581 |

Additional Information is available for a fee of $20.00. This information will include current franchise tax assessment, current filing history and more..

Would you like ○ Tax & History Information [Submit]

[Back to Entity Search]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov

16/2005



# Licensing Disclosure

CNA Home Office
CNA Plaza
Chicago, IL 60685
(312) 822-5000

| Name of Company | NAIC Code | State of Domicile | Licensed In |
|---|---|---|---|
| American Casualty Company of Reading, Pennsylvania | 20427 | Pennsylvania | District of Columbia, all states and Puerto Rico |
| Boston Old Colony Insurance Company | 20761 | Massachusetts | District of Columbia, all states, and the U.S. Virgin Islands |
| The Buckeye Union Insurance Company | 20788 | Ohio | District of Columbia, Alaska, Florida, Illinois, Indiana, Iowa, Kansas, Kentucky, Maryland, Michigan, Missouri, New York, Ohio, Pennsylvania, Rhode Island, South Dakota, Virginia and West Virginia |
| CNA Casualty of California | 20435 | California | Arizona, California, Maryland, and Nevada. |
| CNA Group Life Assurance Company | 74268 | Illinois | District of Columbia, all states except New Hampshire |
| CNA Lloyd's of Texas | 38903 | Texas | Texas |
| Columbia Casualty Company | 31127 | Illinois | Illinois |
| Commercial Insurance Company of Newark, New Jersey | 20818 | New Jersey | District of Columbia and all states |

| Continental Assurance Company | 62413 | Illinois | District of Columbia, all states, Puerto Rico and the U.S. Virgin Islands |
| --- | --- | --- | --- |
| Continental Casualty Company | 20443 | Illinois | District of Columbia, all states, Puerto Rico, the U.S. Virgin Islands, Argentina, Bolivia, Canada, Columbia, Ecuador, Mexico and Venezuela |
| The Continental Insurance Company | 35289 | New Hampshire | District of Columbia, all states, American Samoa, Guam, Northern Mariana Islands/Saipan, Puerto Rico, the U.S. Virgin Islands, Argentina, the Bahamas, Bermuda, Chile, Columbia, Mexico, Peru, Philippines, and Venezuela |
| The Continental Insurance Company of New Jersey | 42625 | New Jersey | New Jersey |
| Continental Lloyd's Insurance Company | 24333 | Texas | Texas |
| Continental National Indemnity Company | 28258 | Ohio | District of Columbia and all states except Alaska, Connecticut, Hawaii, Maine, New Hampshire, Oklahoma, Rhode Island and Wyoming |
| Continental Reinsurance Corporation | 20923 | California | District of Columbia, Alaska, Arizona, Arkansas, California, Colorado, Delaware, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Louisiana, Maryland, Michigan, Mississippi, Montana, Nevada, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, South Carolina, Texas, Utah, Virginia, Washington, West Virginia, Wisconsin, Wyoming, and Hong Kong |
| Encompass Home and Auto Insurance Company | 11252 | Illinois | Georgia, Illinois, New York and Texas |

| Encompass Independent Insurance Company | 11251 | Illinois | Georgia, Illinois, New York, Texas and Virginia |
|---|---|---|---|
| Encompass Insurance Company of America | 10071 | Illinois | District of Columbia, Alabama, Arizona, Arkansas, Colorado, Connecticut, Delaware, Florida, Georgia, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Minnesota, Missouri, Nevada, New Hampshire, New York, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia and Wisconsin |
| Encompass Property & Casualty Company | 10072 | Illinois | Arizona, Georgia, Illinois, Louisiana, Michigan, Minnesota, New York, Texas and Virginia |
| The Fidelity & Casualty Insurance Company of New York | 35270 | New Hampshire | District of Columbia and all states |
| Firemen's Insurance Company of Newark, New Jersey | 20850 | New Jersey | District of Columbia and all states |
| First Fire & Casualty Insurance of Hawaii, Inc. | 41726 | Hawaii | Hawaii and Guam |
| First Indemnity Insurance of Hawaii, Inc. | 41734 | Hawaii | Hawaii and Guam |
| First Insurance Company of Hawaii, Ltd. | 41742 | Hawaii | Hawaii and Guam |
| First Security Insurance of | 10938 | Hawaii | Hawaii and Guam |

| | | | |
|---|---|---|---|
| Hawaii, Inc. | | | |
| Galway Insurance Company | 10201 | California | California, Florida |
| The Glens Falls Insurance Company | 34622 | Delaware | District of Columbia and all states |
| Kansas City Fire & Marine Insurance Company | 20885 | South Carolina | District of Columbia and all states except Hawaii |
| The Mayflower Insurance Company, Ltd. | 22152 | Indiana | Alaska, Arizona, California, Colorado, Georgia, Illinois, Indiana, Iowa, Louisiana, Maryland, Minnesota, Missouri, Nevada, New York, Ohio, Oregon, Rhode Island, South Dakota, Texas, Utah, Washington and Wisconsin |
| National Fire Insurance Company of Hartford | 20478 | Connecticut | District of Columbia, all states and Puerto Rico |
| National-Ben Franklin Insurance Company of Illinois | 20893 | Illinois | District of Columbia, Florida, Illinois, Indiana, Iowa, Kentucky, Maryland, Michigan, Minnesota, New York, North Carolina, North Dakota, Rhode Island, South Dakota, Texas and Wisconsin |
| Niagara Fire Insurance Company | 35106 | Delaware | District of Columbia, all states and the U.S. Virgin Islands |
| Pacific Insurance Company | 37338 | California | California and New York |
| Transcontinental Insurance Company | 20486 | New York | District of Columbia, all states and Puerto Rico |
| Transportation Insurance Company | 20494 | Illinois | District of Columbia and all states |
| Valley Forge | | | |

| Insurance Company | 20508 | Pennsylvania | District of Columbia and all states except Hawaii |
| Valley Forge Life Insurance Company | 70211 | Pennsylvania | District of Columbia and all states except New York. Licensed in Puerto Rico |

Close   Print

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

# Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Mar 16 04:26:36 EST 2005*

[ PTO HOME ] [ TRADEMARK ] [ TESS HOME ] [ NEW USER ] [ STRUCTURED ] [ FREE FORM ] [ BROWSE DICT ] [ BOTTOM ] [ HELP ] [ PREV LIST ]
[ CURR LIST ] [ NEXT LIST ] [ FIRST DOC ] [ PREV DOC ] [ NEXT DOC ] [ LAST DOC ]

[ Logout ]  Please logout when you are done to release system resources allocated for you.

[ Start ] List At: [     ] OR [ Jump ] to record: [     ]  **Record 57 out of 60**

[ Check Status ] *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | CNA |
| **Goods and Services** | IC 036. US 102. G & S: INSURANCE UNDERWRITING SERVICES. FIRST USE: 19641221. FIRST USE IN COMMERCE: 19641221 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 73063594 |
| **Filing Date** | September 19, 1975 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 1043744 |
| **Registration Date** | July 13, 1976 |
| **Owner** | (REGISTRANT) CNA FINANCIAL CORPORATION CORPORATION DELAWARE 333 S. WABASH CHICAGO ILLINOIS 60685 |
| **Attorney of Record** | RONALD B. COOLLEY |
| **Prior Registrations** | 0802010;0957480;0986191 |
| **Type of Mark** | SERVICE MARK |

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Renewal** | 1ST RENEWAL 19960805 |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST
CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

# Trademark Electronic Search System(Tess)

TESS was last updated on Wed Mar 16 04:26:36 EST 2005

[PTO HOME] [TRADEMARK] [TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [BOTTOM] [HELP] [PREV LIST]
[CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [   ] OR [Jump] to record: [   ] **Record 18 out of 60**

[Check Status] *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | CNA |
| **Goods and Services** | IC 036. US 100 101 102. G & S: underwriting services in the fields of life, accident, health, annuities, liability, property, marine, credit, residual value, and multiple peril insurance; underwriting fidelity and surety bonds, and underwriting reinsurance; loss control services for worker's compensation, general liability, property and automobile risks; risk management, and insurance claims adjusting and administration. FIRST USE: 19641221. FIRST USE IN COMMERCE: 19641221<br><br>IC 035. US 100 101 102. G & S: medical cost management. FIRST USE: 19641221. FIRST USE IN COMMERCE: 19641221 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 75310420 |
| **Filing Date** | May 15, 1997 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 7, 1998 |
| **Registration Number** | 2169594 |
| **Registration** | June 30, 1998 |

| | |
|---|---|
| Date | |
| Owner | (REGISTRANT) CNA FINANCIAL CORPORATION CORPORATION DELAWARE 333 S. Wabash Avenue Chicago ILLINOIS 60685 |
| Attorney of Record | JANET M. GARETTO |
| Prior Registrations | 0802010;1043744 |
| Description of Mark | The drawing is lined for the color red. |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). |
| Live/Dead Indicator | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST
CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

http://tess2.uspto.gov/bin/showfield?f=doc&state=ddmqjj.2.18                3/16/2005



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

## Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Mar 16 04:26:36 EST 2005*

[PTO HOME] [TRADEMARK] [TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [BOTTOM] [HELP] [PREV LIST]
[CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [____] OR [Jump] to record: [____] **Record 60 out of 60**

[Check Status] *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

**Word Mark**    CNA

**Indicator**

| PTO Home | Trademark | TESS Home | New User | Structured | Free Form | Browse Dict | Top | Help | Prev List |
| Curr List | Next List | First Doc | Prev Doc | Next Doc | Last Doc |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY