# EXHIBIT C

**CNA**
CNA Plaza
Chicago, Illinois 60685
*For All the Commitments You Make*

**DECLARATIONS**
**YOUR SERVICE INDUSTRY PACKAGE**

**RENEWAL DECLARATION**

| POLICY NUMBER | FROM POLICY PERIOD TO | COVERAGE IS PROVIDED BY | AGENCY |
|---|---|---|---|
| 3 03370090 | 10/20/89  10/20/90 | TRANSCONTINENTAL INSURANCE CO. | 065310420 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| CAPITOL DRY CLEANERS & LAUNDERERS, INC. SEE ENDT<br>411 SOUTH GOVERNORS AVENUE<br>DOVER, DE  19901 | HARRY S WILSON INC<br>510 PHILADELPHIA PIKE<br>WILMINGTON  DE  19809 |

## COMMERCIAL PROPERTY COVERAGE PART — DECLARATIONS

( X ) "X" IF SUPPLEMENTAL DECLARATIONS IS ATTACHED

NAMED INSURED IS:  ( ) INDIVIDUAL   ( ) PARTNERSHIP   ( X ) CORPORATION
( ) JOINT VENTURE   ( ) OTHER:

POLICY PERIOD:  THIS POLICY BECOMES EFFECTIVE AND EXPIRES AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS CONTAINED HEREIN, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED.

DESCRIPTION OF PREMISES

PREM.  BLDG.   LOCATION, CONSTRUCTION AND OCCUPANCY
NO.    NO.

ALL BLANKET/AVERAGE RATED PROPERTIES OWNED OR OCCUPIED BY THE INSURED, EXCEPT AS OTHERWISE INDICATED HEREIN.  SEE SCHEDULE

ATTACHED

COVERAGES PROVIDED — INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

| PREM. NO. | BLDG. NO. | COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | +COINSURANCE |
|---|---|---|---|---|---|
| | | BLANKET BUILDING | 1,088,000 | SPECIAL | 90% |
| | | BLANKET PERS PROP | 1,193,000 | SPECIAL | 90% |

+ IF EXTRA EXPENSE COVERAGE, LIMITS ON LOSS PAYMENT.

Corporate Secretary        Chairman of the Board

1. INSURED

# CNA
**For All the Commitments You Make®**

CNA Plaza
Chicago, Illinois 60685

## DECLARATIONS
### YOUR SERVICE INDUSTRY PACKAGE

**RENEWAL DECLARATION**

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED BY | AGENCY |
|---|---|---|---|---|
| S 03370090 | 10/20/89 | 10/20/90 | TRANSCONTINENTAL INSURANCE CO. | 0653104 2 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| CAPITOL DRY CLEANERS & LAUNDERERS, INC. SEE END1 511 SOUTH GOVERNORS AVENUE DOVER, DE 19901 | HARRY S WILSON INC 510 PHILADELPHIA PIKE WILMINGTON DE 19809 |

---

**OPTIONAL COVERAGE — APPLICABLE ONLY WHEN ENTRIES ARE MADE IN THE SCHEDULE BELOW**

### AGREED VALUE

| PREM. NO. | BLDG. NO. | EXPIRATION DATE | COVERAGE | AMOUNT |
|---|---|---|---|---|
| | | | | |

| PREM. NO. | BLDG. NO. | REPLACEMENT COST (X) BUILDING | PERSONAL PROPERTY | PERSONAL PROPERTY INCLUDING "STOCK" | INFLATION GUARD (PERCENTAGE) BUILDING | PERSONAL PROPERTY |
|---|---|---|---|---|---|---|
| | | | | | | |

| PREM. NO. | BLDG. NO. | * MONTHLY LIMIT OF INDEMNITY (FRACTION) | * MAXIMUM PERIOD OF INDEMNITY (X) | * EXTENDED PERIOD OF INDEMNITY (DAYS) |
|---|---|---|---|---|
| | | | | |

**MORTGAGE HOLDER(S)**              * APPLIES TO BUSINESS INCOME ONLY

PREMISES NO.   BUILDING NO.   MORTGAGE HOLDER NAME AND MAILING ADDRESS

---

_[signature]_  _[signature]_
Corporate Secretary    Chairman of the Board

1. INSURED

**CNA**
*For All the Commitments You Make®*

CNA Plaza
Chicago, Illinois 60685

**RENEWAL DECLARATION**

**DECLARATIONS**
**YOUR SERVICE INDUSTRY PACKAGE**

| POLICY NUMBER | FROM POLICY PERIOD TO | COVERAGE IS PROVIDED BY | AGENCY |
|---|---|---|---|
| 3 03370090 | 10/20/89  10/20/90 | TRANSCONTINENTAL INSURANCE CO. | 0653104420 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| CAPITOL DRY CLEANERS & LAUNDERERS, INC. SEE ENDT 411 SOUTH GOVERNORS AVENUE DOVER, DE  19901 | HARRY S WILSON INC 510 PHILADELPHIA PIKE WILMINGTON DE 19809 |

**DEDUCTIBLE**

$250         EXCEPTIONS:    $1,000.

**FORMS AND ENDORSEMENTS APPLICABLE AT TIME OF ISSUANCE:**

**APPLICABLE TO ALL COVERAGES:**
 IL00171185, CP00900788, P55160A, CP00101185, CP00320788, CP10300788, G55601D, CP01860486, CP02991185, P55738A, P56015A.

**APPLICABLE TO SPECIFIC PREMISES/COVERAGES:**
 PREM.    BLDG.
 NO.      NO.              COVERAGES                              FORM NUMBER

PREMIUM FOR THIS COVERAGE PART: PREMIUM PAYABLE AT INCEPTION $   8,539.00

COUNTERSIGNED: _____     BY _____
                        DATE                              AUTHORIZED AGENT

THESE DECLARATIONS AND THE GENERAL DECLARATIONS, IF APPLICABLE, TOGETHER WITH
THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF
ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

P-55161-A  (1/86 ED.)

Corporate Secretary    Chairman of the Board

1. INSURED

**CNA**
*For All the Commitments You Make*

CNA Plaza
Chicago, Illinois 60685

**DECLARATIONS**
**YOUR SERVICE INDUSTRY PACKAGE**

RENEWAL DECLARATION

| POLICY NUMBER | POLICY PERIOD FROM — TO | COVERAGE IS PROVIDED BY | AGENCY |
|---|---|---|---|
| 3 03370090 | 10/20/89 — 10/20/90 | TRANSCONTINENTAL INSURANCE CO. | 06531042 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| CAPITOL DRY CLEANERS & LAUNDERERS, INC. SEE ENDT<br>411 SOUTH GOVERNORS AVENUE<br>DOVER, DE 19901 | HARRY S WILSON INC<br>510 PHILADELPHIA PIKE<br>WILMINGTON DE 19809 |

## COMMERCIAL PROPERTY COVERAGE PART SUPPLEMENTAL DECLARATIONS

### DESCRIPTION OF PREMISES

| PREM. NO. | BLDG. NO. | LOCATION, CONSTRUCTION AND OCCUPANCY |
|---|---|---|
| 001 | 001 | 411 S. GOVERNORS AVE.; DOVER, DE 19901<br>JOISTED MASONRY    LAUNDRIES |
| 002 | 001 | 217 SOUTH NEW STREET; DOVER, DE 19901<br>JOISTED MASONRY    LAUNDRIES |
| 008 | 001 | NORTH BROAD STREET; MIDDLETOWN, DE 19720<br>JOISTED MASONRY    WEARING APPAREL |

### COVERAGES PROVIDED

| PREM. NO. | BLDG. NO. | COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | +COINSURANCE |
|---|---|---|---|---|---|
| 001 | 001 | BUSINESS INCOME | 336,000 | SPECIAL | N/A |
| 002 | 001 | BUSINESS INCOME | 120,000 | SPECIAL | N/A |
| 008 | 001 | BUSINESS INCOME | 22,000 | SPECIAL | N/A |

OPTIONAL COVERAGES

+ IF EXTRA EXPENSE COVERAGE, LIMITS ON LOSS PAYMENT

AGREED VALUE

| PREM. NO. | BLDG. NO. | EXPIRATION DATE | COVERAGE | AMOUNT |
|---|---|---|---|---|

Corporate Secretary     Chairman of the Board

1. INSURED

**CNA**
For All the Commitments You Make®

CNA Plaza
Chicago, Illinois 60685

**DECLARATIONS**
**YOUR SERVICE INDUSTRY PACKAGE**

**RENEWAL DECLARATION**

| POLICY NUMBER | FROM POLICY PERIOD TO | COVERAGE IS PROVIDED BY | AGENCY |
|---|---|---|---|
| 3 03370090 | 10/20/89  10/20/90 | TRANSCONTINENTAL INSURANCE CO. | 065310420 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| CAPITOL DRY CLEANERS & LAUNDERERS, INC. SEE ENDT 411 SOUTH GOVERNORS AVENUE DOVER, DE 19901 | HARRY S WILSON INC 519 PHILADELPHIA PIKE WILMINGTON DE 19809 |

## OPTIONAL COVERAGES ( CONTINUED )

| PREM. NO. | BLDG. NO. | REPLACEMENT COST (X) BUILDING | PERSONAL PROPERTY | PERSONAL PROPERTY INCLUDING "STOCK" | INFLATION GUARD (PERCENTAGE) BUILDING | PERSONAL PROPERTY |
|---|---|---|---|---|---|---|

| PREM. NO. | BLDG. NO. | * MONTHLY LIMIT OF INDEMNITY (FRACTION) | * MAXIMUM PERIOD OF INDEMNITY (X) | * EXTENDED PERIOD OF INDEMNITY (DAYS) |
|---|---|---|---|---|
| 001 | 001 | 1/6 | | |
| 002 | 001 | 1/6 | | |
| 008 | 001 | 1/6 | | |

**MORTGAGE HOLDER(S)**                                        |* APPLIES TO BUSINESS INCOME ONLY

| PREM. NO. | BLDG. NO. | MORTGAGE HOLDER NAME AND MAILING ADDRESS |
|---|---|---|

Corporate Secretary         Chairman of the Board

1. INSURED

# CNA
For all the Commitments You Make

CNA Plaza
Chicago, Illinois 60685

**DECLARATIONS**
**YOUR SERVICE INDUSTRY PACKAGE**

**RENEWAL DECLARATION**

| POLICY NUMBER | FROM POLICY PERIOD TO | COVERAGE IS PROVIDED BY | AGENCY |
|---|---|---|---|
| S 03370090 | 10/20/89  10/20/90 | TRANSCONTINENTAL INSURANCE CO. | 065310420 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| CAPITOL DRY CLEANERS & LAUNDERERS, INC. SEE ENDT<br>411 SOUTH GOVERNORS AVENUE<br>DOVER, DE 19901 | HARRY S WILSON INC<br>510 PHILADELPHIA PIKE<br>WILMINGTON, DE 19809 |

**FORMS APPLICABLE TO SPECIFIC PREMISES/COVERAGES**

| PREM. NO. | BLDG. NO. | COVERAGES | FORM NUMBER |
|---|---|---|---|

CP 12 05 11 85

G-55160-A (1/86 ED.)

*[signatures]*
Corporate Secretary    Chairman of the Board

1. INSURED

**CNA**
*For All the Commitments You Make*

CNA Plaza
Chicago, Illinois 60685

## RENEWAL DECLARATION

| POLICY NUMBER | FROM POLICY PERIOD TO | COVERAGE IS PROVIDED BY | AGENCY |
|---|---|---|---|
| 3 03370090 | 10/20/89  10/20/90 | TRANSCONTINENTAL INSURANCE CO. | 065310420 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| CAPITOL DRY CLEANERS & LAUNDERERS, INC. SEE ENDT 411 SOUTH GOVERNORS AVENUE DOVER, DE 19901 | HARRY S WILSON INC 510 PHILADELPHIA PIKE WILMINGTON DE 19809 |

### SCHEDULE OF INSURED LOCATIONS AND COVERAGES
### SUBJECT TO BLANKET LIMITS

```
LOC.   BLDG.
NO.    NO.      LOCATION, CONSTRUCTION AND OCCUPANCY

001    001      411 S. GOVERNORS AVE.; DOVER, DE 19901
                JOISTED MASONRY        LAUNDRIES
COVERAGE(S):    BLANKET BUILDING          550,000         SPECIAL      90%
                BLANKET PERS PROP         913,000         SPECIAL      90%
                          FIRE 10/11/89


002    001      217 SOUTH NEW STREET; DOVER, DE 19901
                JOISTED MASONRY        LAUNDRIES
COVERAGE(S):    BLANKET BUILDING          166,000         SPECIAL      90%
                BLANKET PERS PROP         200,000         SPECIAL      90%


002    002      217 S. NEW STREET; DOVER, DE 19901
                JOISTED MASONRY        BUSINESS PERSONAL PROPERTY
COVERAGE(S):    BLANKET BUILDING           50,000         SPECIAL      90%
                HEITE BLDG


003    001      N. DUPONT HWY & KINGS HWY; DOVER, DE 19901
                JOISTED MASONRY        WEARING APPAREL
COVERAGE(S):    BLANKET BUILDING           40,000         SPECIAL      90%
```

P 55738 A 01/86

*Corporate Secretary*      *Chairman of the Board*

1. INSURED

# CNA
### For All the Commitments You Make®

CNA Plaza
Chicago, Illinois 60685

## RENEWAL DECLARATION

| POLICY NUMBER | FROM POLICY PERIOD TO | COVERAGE IS PROVIDED BY | AGENCY |
|---|---|---|---|
| 3 03370090 | 10/20/89  10/20/90 | TRANSCONTINENTAL INSURANCE CO. | 065310420 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| CAPITOL DRY CLEANERS & LAUNDERERS, INC. SEE ENDT<br>411 SOUTH GOVERNORS AVENUE<br>DOVER, DE 19901 | HARRY S WILSON INC<br>510 PHILADELPHIA PIKE<br>WILMINGTON DE 19809 |

## SCHEDULE OF INSURED LOCATIONS AND COVERAGES
## SUBJECT TO BLANKET LIMITS

| LOC. NO. | BLDG. NO. | LOCATION, CONSTRUCTION AND OCCUPANCY | | | |
|---|---|---|---|---|---|
| 004 | 001 | 1107 S. STATE STREET; DOVER, DE 19901<br>JOISTED MASONRY   WEARING APPAREL | | | |
| COVERAGE(S): | | BLANKET BUILDING | 65,000 | SPECIAL | 90% |
| 005 | 001 | 1221 S. GOVERNORS AVE.; DOVER, DE 19901<br>JOISTED MASONRY   WEARING APPAREL | | | |
| COVERAGE(S): | | BLANKET BUILDING | 92,000 | SPECIAL | 90% |
| 007 | 001 | 32 SOUTH MAIN STREET; SMYRNA, DE 19977<br>FRAME   WEARING APPAREL | | | |
| COVERAGE(S): | | BLANKET BUILDING | 45,000 | SPECIAL | 90% |
| 008 | 001 | NORTH BROAD STREET; MIDDLETOWN, DE 19720<br>JOISTED MASONRY   WEARING APPAREL | | | |
| COVERAGE(S): | | BLANKET PERS PROP | 80,000 | SPECIAL | 90% |

P 55738 A 01/86

*[signatures]*
Corporate Secretary        Chairman of the Board

1. INSURED