# CNA
*For All the Commitments You Make*

CNA Plaza
Chicago, Illinois 60685

## RENEWAL DECLARATION

| POLICY NUMBER | FROM POLICY PERIOD TO | COVERAGE IS PROVIDED BY | AGENCY |
|---|---|---|---|
| 3 03370090 | 10/20/89  10/20/90 | TRANSCONTINENTAL INSURANCE CO. | 065310420 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| CAPITOL DRY CLEANERS & LAUNDERERS, INC. SEE ENDT<br>411 SOUTH GOVERNORS AVENUE<br>DOVER, DE 19901 | HARRY S. WILSON INC<br>510 PHILADELPHIA PIKE<br>WILMINGTON, DE 19809 |

## SCHEDULE OF INSURED LOCATIONS AND COVERAGES
## SUBJECT TO BLANKET LIMITS

| LOC. NO. | BLDG. NO. | LOCATION, CONSTRUCTION AND OCCUPANCY | | | |
|---|---|---|---|---|---|
| 009 | 001 | 1064 FORREST STREET; DOVER, DE 19901 | | | |
| | | JOISTED MASONRY    WEARING APPAREL | | | |
| COVERAGE(S): | | BLANKET BUILDING | 25,000 | SPECIAL | 90% |
| 010 | 001 | CHURCH AVE.&S.E. FRONT ST.; MILFORD, DE 19963 | | | |
| | | JOISTED MASONRY    WEARING APPAREL | | | |
| COVERAGE(S): | | BLANKET BUILDING | 55,000 | SPECIAL | 90% |

COVERAGE(S):

COVERAGE(S):

P 55738 A 01/86

Corporate Secretary    Chairman of the Board

1. INSURED



**CNA**
For All the Commitments You Make®

CNA Plaza
Chicago, Illinois 60685

## RENEWAL DECLARATION

| POLICY NUMBER | FROM  POLICY PERIOD  TO | COVERAGE IS PROVIDED BY | AGENCY |
|---|---|---|---|
| 3 03370090 | 10/20/89  10/20/90 | TRANSCONTINENTAL INSURANCE CO. | 065310421 |
| NAMED INSURED AND ADDRESS | | AGENT | |
| CAPITOL DRY CLEANERS & LAUNDERERS, INC. SEE ENDT 411 SOUTH GOVERNORS AVENUE DOVER, DE 19901 | | HARRY S WILSON INC 510 PHILADELPHIA PIKE WILMINGTON DE 19809 | |

### LIABILITY COVERAGE SCHEDULE OF INSURED LOCATIONS

LOC. NO.   LOCATION STREET ADDRESS, CITY AND STATE

001  OWN  ~~411 S. GOVERNORS AVE.; DOVER, DE 19901~~  195 COMMERCE WAY, ENTERPRISE BUS. PARK  FIRE 10/89

002  OWN  217 SOUTH NEW STREET; DOVER, DE 19901  DRY CLEANING

003  OWN  N/ DUPONT HWY & KINGS HWY; DOVER, DE 19901

004  OWN  1107 S. STATE STREET; DOVER, DE 19901

005  OWN  1221 S. GOVERNORS AVE.; DOVER, DE 19901  CAPITOL TRAVEL

006  ~~RT. 1B & LEBANON RD; DOVER, DE 19901~~

007  OWN  32 SOUTH MAIN STREET; SMYRNA, DE 19977

008  OWN  NORTH BROAD STREET; MIDDLETOWN, DE 19720
Rent · RENT

009  OWN  1064 FORREST STREET; DOVER, DE 19901  AT 8

010  OWN  CHURCH AVE.&S.E. FRONT ST.; MILFORD, DE 19963

011  RENT  LIBERTY PLAZA; ~~DOVER, DE 19901~~ HARRINGTON, DE.

012  RENT  MARKET PLACE SHOPPING CTR.; REHOBOTH, DE 19971

013  OWN  219 W. NORTH ST.; DOVER, DE 19901

014  RENT  HAMLET SHOPPING CENTER, DOVER, DE 19901

55738 A 01/86

Corporate Secretary    Chairman of the Board

1. INSURED

# CNA
*For All the Commitments You Make®*

CNA Plaza
Chicago, Illinois 60685

**DECLARATIONS**
**YOUR SERVICE INDUSTRY PACKAGE**

**RENEWAL DECLARATION**

| POLICY NUMBER | FROM POLICY PERIOD TO | COVERAGE IS PROVIDED BY | AGENCY |
|---|---|---|---|
| 3 03370090 | 10/20/89  10/20/90 | TRANSCONTINENTAL INSURANCE CO. | 065310420 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| CAPITOL DRY CLEANERS & LAUNDERERS, INC. SEE ENDT 411 SOUTH GOVERNORS AVENUE DOVER, DE 19901 | HARRY S WILSON INC 510 PHILADELPHIA PIKE WILMINGTON DE 19809 |

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

ITEM

2. POLICY PERIOD: THIS POLICY BECOMES EFFECTIVE AND EXPIRES AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

   IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS CONTAINED HEREIN, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED.

3. AUDIT PERIOD IS ANNUAL, UNLESS OTHERWISE STATED.

4. LIMITS OF INSURANCE

   | | | |
   |---|---|---|
   | EACH OCCURRENCE LIMIT | $ 500000 | |
   | PERSONAL AND ADVERTISING INJURY LIMIT | $ 500000 | |
   | MEDICAL EXPENSE LIMIT | $ 5000 | ANY ONE PERSON |
   | FIRE DAMAGE LIMIT | $ 50000 | ANY ONE FIRE |
   | PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $ | |
   | GENERAL AGGREGATE LIMIT (OTHER THAN PRODUCTS-COMPLETED OPERATIONS) | $ 500000 | |

5. NAMED INSURED IS:
   ( ) INDIVIDUAL    ( ) JOINT VENTURE    ( ) PARTNERSHIP
   (X) ORGANIZATION (OTHER THAN JOINT VENTURE OR PARTNERSHIP)

   BUSINESS DESCRIPTION:
   DRY CLEANERS

   LOCATION OF ALL PREMISES YOU OWN, RENT OR OCCUPY:

   SEE ATTACHED SCHEDULE

*Corporate Secretary*     *Chairman of the Board*

1. INSURED

**CNA**
*For All the Commitments You Make*

CNA Plaza
Chicago, Illinois 60685

**DECLARATIONS**
**YOUR SERVICE INDUSTRY PACKAGE**

RENEWAL DECLARATION

| POLICY NUMBER | FROM POLICY PERIOD TO | COVERAGE IS PROVIDED BY | AGENCY |
|---|---|---|---|
| 3 03370090 | 10/20/89  10/20/90 | TRANSCONTINENTAL INSURANCE CO. | 065310424 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| CAPITOL DRY CLEANERS & LAUNDERERS, INC. SEE ENDT<br>414 SOUTH GOVERNORS AVENUE<br>DOVER, DE 19901 | HARRY S WILSON INC<br>510 PHILADELPHIA PIKE<br>WILMINGTON DE 19809 |

6.  FORMS AND ENDORSEMENTS APPLICABLE AT TIME OF ISSUANCE:

    IL 00 21 11 85 — BROAD FORM NUCLEAR EXCLUSION          PREMIUM
    CG00011185, P55172A, G55157B, CG00410586, IL02370888,  $ INCL.
    CG20051185.                                            $
                                                           $
                                                           $
                                                           $

7.  YEAR IN TRANSITION PROGRAM:  2

8.  PREMIUM FOR THIS COVERAGE PART:   PREMIUM PAYABLE AT INCEPTION $   1223.00

9.  THESE DECLARATIONS AND THE GENERAL DECLARATIONS, IF APPLICABLE, TOGETHER
    WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND FORMS AND ENDORSE-
    MENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED
    POLICY.

COUNTERSIGNED _____        BY _____
              DATE                          AUTHORIZED AGENT

P-55170-A (1/86 ED.)

*[signature]*            *[signature]*
Corporate Secretary      Chairman of the Board

1. INSURED

# CNA
For All the Commitments You Make®

CNA Plaza
Chicago, Illinois 60685

## RENEWAL DECLARATION

| POLICY NUMBER | FROM POLICY PERIOD TO | COVERAGE IS PROVIDED BY | AGENCY |
|---|---|---|---|
| 3 03370090 | 10/20/89  10/20/90 | TRANSCONTINENTAL INSURANCE CO. | 065310420 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| CAPITOL DRY CLEANERS & LAUNDERERS, INC. SEE ENDT<br>411 SOUTH GOVERNORS AVENUE<br>DOVER, DE 19901 | HARRY S WILSON INC<br>510 PHILADELPHIA PIKE<br>WILMINGTON, DE 19809 |

## GENERAL LIABILITY SCHEDULE

THE ADDITIONAL DECLARATIONS AND SCHEDULE BELOW ARE AN EXTENSION OF THOSE ISSUED IN CONNECTION WITH COMMERCIAL GENERAL LIABILITY INSURANCE.

### LIMITS OF INSURANCE

| | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $ | 500000 |
| PERSONAL & ADVERTISING INJURY LIMIT | $ | 500000 |
| MEDICAL EXPENSE LIMIT | $ | 5000 ANY ONE PERSON |
| FIRE DAMAGE LIMIT | $ | 50000 ANY ONE FIRE |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $ | |
| GENERAL AGGREGATE LIMIT<br>(OTHER THAN PRODUCTS-COMPLETED OPERATIONS) | $ | 500000 |

### SCHEDULE

| DESCRIPTION OF HAZARDS<br>(AND LOCATION IF DIFFERENT<br>FROM ADDRESS SHOWN IN ITEM<br>1 OF DECLARATIONS) | CODE<br>NO. | PREMIUM<br>BASES AS<br>DESCRIBED<br>IN THE<br>SCHEDULE | RATES<br>PROPERTY<br>DAMAGE<br>& BODILY<br>INJURY | ADVANCE PREMIUMS<br>PROPERTY<br>DAMAGE<br>& BODILY<br>INJURY |
|---|---|---|---|---|
| PREMISES OPERATIONS | | * (A)<br>* (P)<br>* (S) | ** (A)<br>** (P)<br>** (S) | |
| LOCATION 001<br>LAUNDRIES AND DRY CLEANING<br>PLANTS INCLUDING PRODUCTS<br>AND/OR COMPLETED OPERATIONS | 45678 | 2,083,000<br>(S) | 00.296 | 616 |
| LOCATION 002<br>LAUNDRIES AND DRY CLEANING<br>PLANTS INCLUDING PRODUCTS<br>AND/OR COMPLETED OPERATIONS | 45678 | 303,600<br>(S) | 00.574 | 174 |

Corporate Secretary     Chairman of the Board

1. INSURED

# CNA
For All the Commitments You Make®

CNA Plaza
Chicago, Illinois 60685

## RENEWAL DECLARATION

| POLICY NUMBER | POLICY PERIOD FROM — TO | COVERAGE IS PROVIDED BY | AGENCY |
|---|---|---|---|
| 3 03170090 | 10/20/89 — 10/20/90 | TRANSCONTINENTAL INSURANCE CO. | 0655104 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| CAPITOL DRY CLEANERS & LAUNDERERS, INC. SEE ENDT. 611 SOUTH GOVERNORS AVENUE DOVER, DE 19901 | HARRY S WILSON INC 510 PHILADELPHIA PIKE WILMINGTON DE 19809 |

| DESCRIPTION OF HAZARDS (AND LOCATION IF DIFFERENT FROM ADDRESS SHOWN IN ITEM 1 OF DECLARATIONS) | CODE NO. | PREMIUM BASES AS DESCRIBED IN THE SCHEDULE | RATES PROPERTY DAMAGE & BODILY INJURY | ADVANCE PREMIUMS PROPERTY DAMAGE & BODILY INJURY |
|---|---|---|---|---|
| PRODUCTS/COMPLETED OPERATIONS | | * (P)<br>* (S) | ** (P)<br>** (S) | |
| | | | TOTAL | INCL |

```
       *
  PREMIUM BASES

(A) = AREA

(P) = PAYROLL

(S) = GROSS SALES
```

```
        **
       RATES

(A) = PER 1,000 SQUARE FEET OF AREA

(P) = PER $1,000 OF PAYROLL

(S) = PER $1,000 OF GROSS SALES
```

55172-A (1/86 ED.)

Corporate Secretary            Chairman of the Board

1. INSURED

# CNA
## Out of All the Commitments You Make

### RENEWAL DECLARATION

CNA Plaza
Chicago, Illinois 60685

| POLICY NUMBER | FROM | POLICY PERIOD | TO | COVERAGE IS PROVIDED BY | AGENCY |
|---|---|---|---|---|---|
| 3 03370090 | 10/20/89 | | 10/20/90 | TRANSCONTINENTAL INSURANCE CO. | 065310420 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| CAPITOL DRY CLEANERS & LAUNDERERS, INC. SEE ENDT<br>811 SOUTH GOVERNORS AVENUE<br>DOVER, DE 19901 | HARRY S WILSON INC<br>510 PHILADELPHIA PIKE<br>WILMINGTON DE 19809 |

## GENERAL LIABILITY SCHEDULE

THE ADDITIONAL DECLARATIONS AND SCHEDULE BELOW ARE AN EXTENSION OF THOSE ISSUED IN CONNECTION WITH COMMERCIAL GENERAL LIABILITY INSURANCE.

### LIMITS OF INSURANCE

| | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $ | 500000 |
| PERSONAL & ADVERTISING INJURY LIMIT | $ | 500000 |
| MEDICAL EXPENSE LIMIT | $ | 5000 ANY ONE PERSON |
| FIRE DAMAGE LIMIT | $ | 50000 ANY ONE FIRE |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $ | |
| GENERAL AGGREGATE LIMIT<br>(OTHER THAN PRODUCTS-COMPLETED OPERATIONS) | $ | 500000 |

### SCHEDULE

| DESCRIPTION OF HAZARDS (AND LOCATION IF DIFFERENT FROM ADDRESS SHOWN IN ITEM 1 OF DECLARATIONS) | CODE NO. | PREMIUM BASES AS DESCRIBED IN THE SCHEDULE | RATES<br>PROPERTY DAMAGE & BODILY INJURY | ADVANCE PREMIUMS<br>PROPERTY DAMAGE & BODILY INJURY |
|---|---|---|---|---|
| PREMISES OPERATIONS | | * (A)<br>* (P)<br>* (S) | ** (A)<br>** (P)<br>** (S) | |
| LOCATION 003 | | | | |
| LAUNDRY AND DRY CLEANING OR DYEING RECEIVING STATIONS INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | 14732 | 107,000 (S) | 00.430 | 46 |
| LOCATION 004 | | | | |
| LAUNDRY AND DRY CLEANING OR DYEING RECEIVING STATIONS INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | 14732 | 107,000 (S) | 00.415 | 44 |

Corporate Secretary     Chairman of the Board

1. INSURED

**CNA**
CNA Plaza
Chicago, Illinois 60685
For All the Commitments You Make®

## RENEWAL DECLARATION

| POLICY NUMBER | FROM POLICY PERIOD TO | COVERAGE IS PROVIDED BY | AGENCY |
|---|---|---|---|
| 3 03370090 | 10/20/89  10/20/90 | TRANSCONTINENTAL INSURANCE CO. | 06531042( |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| CAPITOL DRY CLEANERS & LAUNDERERS, INC. SEE ENDT 811 SOUTH GOVERNORS AVENUE DOVER, DE 19901 | HARRY S WILSON INC 510 PHILADELPHIA PIKE WILMINGTON DE 19809 |

| DESCRIPTION OF HAZARDS (AND LOCATION IF DIFFERENT FROM ADDRESS SHOWN IN ITEM 1 OF DECLARATIONS) | CODE NO. | PREMIUM BASES AS DESCRIBED IN THE SCHEDULE | RATES PROPERTY DAMAGE & BODILY INJURY | ADVANCE PREMIUMS PROPERTY DAMAGE & BODILY INJURY |
|---|---|---|---|---|
| PRODUCTS/COMPLETED OPERATIONS | | * (P)<br>* (S) | ** (P)<br>** (S) | |
| | | | TOTAL | INCL |

```
     *                                          **
PREMIUM BASES                                  RATES

A) = AREA                       (A) = PER 1,000 SQUARE FEET OF AREA

P) = PAYROLL                    (P) = PER $1,000 OF PAYROLL

S) = GROSS SALES                (S) = PER $1,000 OF GROSS SALES
```

-55172-A (1/86 ED.)

[signatures]
rporate Secretary     Chairman of the Board

1. INSURED