# CNA
All the Commitments You Make

CNA Plaza
Chicago, Illinois 60685

## RENEWAL DECLARATION

| POLICY NUMBER | FROM POLICY PERIOD TO | COVERAGE IS PROVIDED BY | AGENCY |
|---|---|---|---|
| 3 03370090 | 10/20/89  10/20/90 | TRANSCONTINENTAL INSURANCE CO. | 065310420 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| CAPITOL DRY CLEANERS & LAUNDERERS, INC. SEE ENDT 411 SOUTH GOVERNORS AVENUE DOVER, DE 19901 | HARRY S WILSON INC 610 PHILADELPHIA PIKE WILMINGTON DE 19809 |

## GENERAL LIABILITY SCHEDULE

THE ADDITIONAL DECLARATIONS AND SCHEDULE BELOW ARE AN EXTENSION OF THOSE ISSUED IN CONNECTION WITH COMMERCIAL GENERAL LIABILITY INSURANCE.

### LIMITS OF INSURANCE

| | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $ | 500000 |
| PERSONAL & ADVERTISING INJURY LIMIT | $ | 500000 |
| MEDICAL EXPENSE LIMIT | $ | 5000 ANY ONE PERSON |
| FIRE DAMAGE LIMIT | $ | 50000 ANY ONE FIRE |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $ | |
| GENERAL AGGREGATE LIMIT (OTHER THAN PRODUCTS-COMPLETED OPERATIONS) | $ | 500000 |

### SCHEDULE

| DESCRIPTION OF HAZARDS AND LOCATION IF DIFFERENT FROM ADDRESS SHOWN IN ITEM 1 OF DECLARATIONS | CODE NO. | PREMIUM BASES AS DESCRIBED IN THE SCHEDULE | RATES PROPERTY DAMAGE & BODILY INJURY | ADVANCE PREMIUMS PROPERTY DAMAGE & BODILY INJURY |
|---|---|---|---|---|
| PREMISES OPERATIONS | | * (A) * (P) * (S) | ** (A) ** (P) ** (S) | |
| LOCATION 005 LAUNDRY AND DRY CLEANING OR DYEING RECEIVING STATIONS INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | 14732 | 107,000 (S) | 00.288 | 31 |
| LOCATION 006 LAUNDRY AND DRY CLEANING OR DYEING RECEIVING STATIONS INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | 14732 | 107,000 (S) | 00.404 | 43 |

Corporate Secretary    Chairman of the Board

1 INSURED

# CNA
*For All the Commitments You Make*

CNA Plaza
Chicago, Illinois 60685

## RENEWAL DECLARATION

| POLICY NUMBER | POLICY PERIOD FROM | POLICY PERIOD TO | COVERAGE IS PROVIDED BY | AGENCY |
|---|---|---|---|---|
| 3 03370090 | 10/20/89 | 10/20/90 | TRANSCONTINENTAL INSURANCE CO. | 065310420 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| CAPITOL DRY CLEANERS & LAUNDERERS, INC. SEE ENDT<br>411 SOUTH GOVERNORS AVENUE<br>DOVER, DE 19901 | HARRY S WILSON INC<br>510 PHILADELPHIA PIKE<br>WILMINGTON DE 19809 |

| DESCRIPTION OF HAZARDS (AND LOCATION IF DIFFERENT FROM ADDRESS SHOWN IN ITEM 1 OF DECLARATIONS) | CODE NO. | PREMIUM BASES AS DESCRIBED IN THE SCHEDULE | RATES PROPERTY DAMAGE & BODILY INJURY | ADVANCE PREMIUMS PROPERTY DAMAGE & BODILY INJURY |
|---|---|---|---|---|
| PRODUCTS/COMPLETED OPERATIONS | | * (P)<br>* (S) | ** (P)<br>** (S) | |
| | | | TOTAL | INCL |

\*  
PREMIUM BASES

(A) = AREA  
(P) = PAYROLL  
(S) = GROSS SALES

\*\*  
RATES

(A) = PER 1,000 SQUARE FEET OF AREA  
(P) = PER $1,000 OF PAYROLL  
(S) = PER $1,000 OF GROSS SALES

-55172-A (1/86 ED.)

Corporate Secretary    Chairman of the Board

1 INSURED

**CNA**
For All the Commitments You Make®

CNA Plaza
Chicago, Illinois 60685

## RENEWAL DECLARATION

| POLICY NUMBER | FROM POLICY PERIOD TO | COVERAGE IS PROVIDED BY | AGENCY |
|---|---|---|---|
| 3 03370090 | 10/20/89  10/20/90 | TRANSCONTINENTAL INSURANCE CO. | 065310420 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| CAPITOL DRY CLEANERS & LAUNDERERS, INC. SEE ENDT<br>411 SOUTH GOVERNORS AVENUE<br>DOVER, DE 19901 | HARRY S WILSON INC<br>510 PHILADELPHIA PIKE<br>WILMINGTON DE 19809 |

### GENERAL LIABILITY SCHEDULE

THE ADDITIONAL DECLARATIONS AND SCHEDULE BELOW ARE AN EXTENSION OF THOSE ISSUED IN CONNECTION WITH COMMERCIAL GENERAL LIABILITY INSURANCE.

#### LIMITS OF INSURANCE

| | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $ | 500000 |
| PERSONAL & ADVERTISING INJURY LIMIT | $ | 500000 |
| MEDICAL EXPENSE LIMIT | $ | 5000 ANY ONE PERSON |
| FIRE DAMAGE LIMIT | $ | 50000 ANY ONE FIRE |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $ | |
| GENERAL AGGREGATE LIMIT (OTHER THAN PRODUCTS-COMPLETED OPERATIONS) | $ | 500000 |

#### SCHEDULE

| DESCRIPTION OF HAZARDS (AND LOCATION IF DIFFERENT FROM ADDRESS SHOWN IN ITEM 1 OF DECLARATIONS) | CODE NO. | PREMIUM BASES AS DESCRIBED IN THE SCHEDULE | RATES<br>PROPERTY DAMAGE & BODILY INJURY | ADVANCE PREMIUMS<br>PROPERTY DAMAGE & BODILY INJURY |
|---|---|---|---|---|
| PREMISES OPERATIONS | | * (A)<br>* (P)<br>* (S) | ** (A)<br>** (P)<br>** (S) | |
| LOCATION 007<br>LAUNDRY AND DRY CLEANING OR DYEING RECEIVING STATIONS INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | 14732 | 107,000 (S) | 00.415 | 44 |
| LOCATION 008<br>LAUNDRY AND DRY CLEANING OR DYEING RECEIVING STATIONS INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | 14732 | 107,000 (S) | 00.415 | 44 |

_[signatures]_
Corporate Secretary    Chairman of the Board

1. INSURED

**CNA**

*All the Commitments You Make*

CNA Plaza
Chicago, Illinois 60685

## RENEWAL DECLARATION

| POLICY NUMBER | FROM POLICY PERIOD TO | COVERAGE IS PROVIDED BY | AGENCY |
|---|---|---|---|
| 3 03370090 | 10/20/89  10/20/90 | TRANSCONTINENTAL INSURANCE CO. | 0655104 20 |
| NAMED INSURED AND ADDRESS | | AGENT | |
| CAPITOL DRY CLEANERS & LAUNDERERS, INC. SEE ENDT 111 SOUTH GOVERNORS AVENUE DOVER, DE  19901 | | HARRY S WILSON INC 510 PHILADELPHIA PIKE WILMINGTON DE  19809 | |

| DESCRIPTION OF HAZARDS (AND LOCATION IF DIFFERENT FROM ADDRESS SHOWN IN ITEM 1 OF DECLARATIONS) | CODE NO. | PREMIUM BASES AS DESCRIBED IN THE SCHEDULE | RATES PROPERTY DAMAGE & BODILY INJURY | ADVANCE PREMIUMS PROPERTY DAMAGE & BODILY INJURY |
|---|---|---|---|---|
| PRODUCTS/COMPLETED OPERATIONS | | * (P) * (S) | ** (P) ** (S) | |
| | | TOTAL | | INCL |

```
       *                                            **
  PREMIUM BASES                                   RATES

(A) = AREA                          (A) = PER 1,000 SQUARE FEET OF AREA

(P) = PAYROLL                       (P) = PER $1,000 OF PAYROLL

(S) = GROSS SALES                   (S) = PER $1,000 OF GROSS SALES
```

55172-A (1/86 ED.)

_signatures_
Corporate Secretary        E.J. Noha, Chairman of the Board

1. INSURED

# CNA
**All the Commitments You Make**

CNA Plaza
Chicago, Illinois 60685

## RENEWAL DECLARATION

| POLICY NUMBER | FROM POLICY PERIOD TO | COVERAGE IS PROVIDED BY | AGENCY |
|---|---|---|---|
| 23 03370090 | 10/20/89  10/20/90 | TRANSCONTINENTAL INSURANCE CO. | 06531042( |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| CAPITOL DRY CLEANERS & LAUNDERERS, INC. SEE ENDT<br>11 SOUTH GOVERNORS AVENUE<br>DOVER, DE 19901 | HARRY S WILSON INC<br>510 PHILADELPHIA PIKE<br>WILMINGTON  DE  19809 |

## GENERAL LIABILITY SCHEDULE

THE ADDITIONAL DECLARATIONS AND SCHEDULE BELOW ARE AN EXTENSION OF THOSE ISSUED IN CONNECTION WITH COMMERCIAL GENERAL LIABILITY INSURANCE.

### LIMITS OF INSURANCE

| | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $ | 500000 |
| PERSONAL & ADVERTISING INJURY LIMIT | $ | 500000 |
| MEDICAL EXPENSE LIMIT | $ | 5000 ANY ONE PERSON |
| FIRE DAMAGE LIMIT | $ | 50000 ANY ONE FIRE |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $ | |
| GENERAL AGGREGATE LIMIT<br>(OTHER THAN PRODUCTS-COMPLETED OPERATIONS) | $ | 500000 |

### SCHEDULE

| DESCRIPTION OF HAZARDS AND LOCATION IF DIFFERENT FROM ADDRESS SHOWN IN ITEM (OF DECLARATIONS) | CODE NO. | PREMIUM BASES AS DESCRIBED IN THE SCHEDULE | RATES PROPERTY DAMAGE & BODILY INJURY | ADVANCE PREMIUMS PROPERTY DAMAGE & BODILY INJURY |
|---|---|---|---|---|
| PREMISES OPERATIONS | | * (A)<br>* (P)<br>* (S) | ** (A)<br>** (P)<br>** (S) | |
| LOCATION 009<br>LAUNDRY AND DRY CLEANING OR DYEING RECEIVING STATIONS INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | 14732 | 107,000 (S ) | 00.415 | 44 |
| LOCATION 010<br>LAUNDRY AND DRY CLEANING OR DYEING RECEIVING STATIONS INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | 14732 | 107,000 (S ) | 00.347 | 37 |

_signatures_
Corporate Secretary    Chairman of the Board

1 INSURED

**CNA**
CNA Plaza
Chicago, Illinois 60685

of All the Commitments You Make®

## RENEWAL DECLARATION

PAGE 12

| POLICY NUMBER | POLICY PERIOD FROM TO | COVERAGE IS PROVIDED BY | AGENCY |
|---|---|---|---|
| 3 0337 0090 | 10/20/89  10/20/90 | TRANSCONTINENTAL INSURANCE CO. | 0653104 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| CAPITOL DRY CLEANERS & LAUNDERERS, INC. SEE ENDT 411 SOUTH GOVERNORS AVENUE DOVER, DE 19901 | HARRY S WILSON INC 510 PHILADELPHIA PIKE WILMINGTON DE 19809 |

| DESCRIPTION OF HAZARDS (AND LOCATION IF DIFFERENT FROM ADDRESS SHOWN IN ITEM 1 OF DECLARATIONS) | CODE NO. | PREMIUM BASES AS DESCRIBED IN THE SCHEDULE | RATES PROPERTY DAMAGE & BODILY INJURY | ADVANCE PREMIUMS PROPERTY DAMAGE & BODILY INJURY |
|---|---|---|---|---|
| PRODUCTS/COMPLETED OPERATIONS | | * (P) <br> * (S) | ** (P) <br> ** (S) | |
| | | | TOTAL | INCL |

\*
PREMIUM BASES

A) = AREA

P) = PAYROLL

S) = GROSS SALES

\*\*
RATES

(A) = PER 1,000 SQUARE FEET OF AREA

(P) = PER $1,000 OF PAYROLL

(S) = PER $1,000 OF GROSS SALES

G-55172-A (1/86 ED.)

*[signatures]*
Corporate Secretary        Chairman of the Board

1 INSURED



# RENEWAL DECLARATION

CNA Plaza, Chicago, Illinois 60685
For All the Commitments You Make®

| POLICY NUMBER | POLICY PERIOD FROM | POLICY PERIOD TO | COVERAGE IS PROVIDED BY | AGENCY |
|---|---|---|---|---|
| 03370090 | 10/20/89 | 10/20/90 | TRANSCONTINENTAL INSURANCE CO. | 0653104 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| CAPITOL DRY CLEANERS & LAUNDERERS, INC. SEE ENDT<br>411 SOUTH GOVERNORS AVENUE<br>DOVER, DE 19901 | HARRY S. WILSON INC<br>510 PHILADELPHIA PIKE<br>WILMINGTON DE 19809 |

## GENERAL LIABILITY SCHEDULE

THE ADDITIONAL DECLARATIONS AND SCHEDULE BELOW ARE AN EXTENSION OF THOSE ISSUED IN CONNECTION WITH COMMERCIAL GENERAL LIABILITY INSURANCE.

### LIMITS OF INSURANCE

| | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $ | 500000 |
| PERSONAL & ADVERTISING INJURY LIMIT | $ | 500000 |
| MEDICAL EXPENSE LIMIT | $ | 5000 ANY ONE PERSON |
| FIRE DAMAGE LIMIT | $ | 50000 ANY ONE FIRE |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $ | |
| GENERAL AGGREGATE LIMIT<br>(OTHER THAN PRODUCTS-COMPLETED OPERATIONS) | $ | 500000 |

### SCHEDULE

| DESCRIPTION OF HAZARDS AND LOCATION IF DIFFERENT FROM ADDRESS SHOWN IN ITEM OF DECLARATIONS) | CODE NO. | PREMIUM BASES AS DESCRIBED IN THE SCHEDULE | RATES PROPERTY DAMAGE & BODILY INJURY | ADVANCE PREMIUMS PROPERTY DAMAGE & BODILY INJURY |
|---|---|---|---|---|
| PREMISES OPERATIONS | | * (A)<br>* (P)<br>* (S) | ** (A)<br>** (P)<br>** (S) | |
| LOCATION 011<br>LAUNDRY AND DRY CLEANING OR DYEING RECEIVING STATIONS INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | 14732 | 107,000<br>(S) | 00.415 | 44 |
| LOCATION 012<br>LAUNDRY AND DRY CLEANING OR DYEING RECEIVING STATIONS INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | 14732 | 107,000<br>(S) | 00.404 | 43 |

Corporate Secretary                Chairman of the Board

1 INSURED

# CNA
*"All the Commitments You Make"*

CNA Plaza
Chicago, Illinois 60685

## RENEWAL DECLARATION

| POLICY NUMBER | FROM POLICY PERIOD TO | COVERAGE IS PROVIDED BY | AGENCY |
|---|---|---|---|
| 3 03370090 | 10/20/89  10/20/90 | TRANSCONTINENTAL INSURANCE CO. | 0653104 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| CAPITOL DRY CLEANERS & LAUNDERERS, INC. SEE ENDT<br>411 SOUTH GOVERNORS AVENUE<br>DOVER, DE  19901 | HARRY S WILSON INC<br>510 PHILADELPHIA PIKE<br>WILMINGTON  DE  19809 |

| DESCRIPTION OF HAZARDS (AND LOCATION IF DIFFERENT FROM ADDRESS SHOWN IN ITEM 1 OF DECLARATIONS) | CODE NO. | PREMIUM BASES AS DESCRIBED IN THE SCHEDULE | RATES<br>PROPERTY DAMAGE & BODILY INJURY | ADVANCE PREMIUMS<br>PROPERTY DAMAGE & BODILY INJURY |
|---|---|---|---|---|
| PRODUCTS/COMPLETED OPERATIONS | | * (P)<br>* (S) | ** (P)<br>** (S) | |
| | | | TOTAL | INCL |

```
        *                                          **
   PREMIUM BASES                                  RATES

 A) = AREA                           (A) = PER 1,000 SQUARE FEET OF AREA

 P) = PAYROLL                        (P) = PER $1,000 OF PAYROLL

 S) = GROSS SALES                    (S) = PER $1,000 OF GROSS SALES
```

-55172-A (1/86 ED.)

_____        _EJNoha_____
Corporate Secretary      Chairman of the Board

1. INSURED