Case 1:04-cv-00865-GMS    Document 8-7    Filed 03/18/2005    Page 1 of 9
PAGE 15

# CNA
CNA Plaza
Chicago, Illinois 60685

*For All the Commitments You Make®*

## RENEWAL DECLARATION

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED BY | AGENCY |
|---|---|---|---|---|
| 5 0337009D | 10/20/89 | 10/20/90 | TRANSCONTINENTAL INSURANCE CO. | 0653104 20 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| CAPITOL DRY CLEANERS & LAUNDERERS, INC. SEE ENDT<br>111 SOUTH GOVERNORS AVENUE<br>DOVER, DE 19901 | HARRY S WILSON INC<br>510 PHILADELPHIA PIKE<br>WILMINGTON, DE 19809 |

## GENERAL LIABILITY SCHEDULE

THE ADDITIONAL DECLARATIONS AND SCHEDULE BELOW ARE AN EXTENSION OF THOSE ISSUED IN CONNECTION WITH COMMERCIAL GENERAL LIABILITY INSURANCE.

### LIMITS OF INSURANCE

| | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $ | 500000 |
| PERSONAL & ADVERTISING INJURY LIMIT | $ | 500000 |
| MEDICAL EXPENSE LIMIT | $ | 5000 ANY ONE PERSON |
| FIRE DAMAGE LIMIT | $ | 50000 ANY ONE FIRE |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $ | |
| GENERAL AGGREGATE LIMIT<br>(OTHER THAN PRODUCTS-COMPLETED OPERATIONS) | $ | 500000 |

### SCHEDULE

| DESCRIPTION OF HAZARDS<br>(AND LOCATION IF DIFFERENT<br>FROM ADDRESS SHOWN IN ITEM<br>OF DECLARATIONS) | CODE NO. | PREMIUM BASES AS DESCRIBED IN THE SCHEDULE | RATES<br>PROPERTY DAMAGE & BODILY INJURY | ADVANCE PREMIUMS<br>PROPERTY DAMAGE & BODILY INJURY |
|---|---|---|---|---|
| PREMISES OPERATIONS | | * (A)<br>* (P)<br>* (S) | ** (A)<br>** (P)<br>** (S) | |
| LOCATION 013<br>DWELLINGS - ONE FAMILY<br>(LESSOR'S RISK ONLY)<br>INCLUDING PRODUCTS AND/OR<br>COMPLETED OPERATIONS | 63010 | 1<br>(DW) | 12.534 | 13 |

_[signatures]_
Corporate Secretary      Chairman of the Board

1 INSURED

# CNA
*For All the Commitments You Make*

CNA Plaza
Chicago, Illinois 60685

**DECLARATIONS**
**YOUR SERVICE INDUSTRY PACKAGE**

**RENEWAL DECLARATION**

| POLICY NUMBER | FROM POLICY PERIOD TO | COVERAGE IS PROVIDED BY | AGENCY |
|---|---|---|---|
| 3 03370090 | 10/20/89  10/20/90 | TRANSCONTINENTAL INSURANCE CO. | 0653104 20 |
| NAMED INSURED AND ADDRESS | | AGENT | |
| CAPITOL DRY CLEANERS &<br>LAUNDERERS, INC. SEE ENDT<br>411 SOUTH GOVERNORS AVENUE<br>DOVER, DE 19901 | | HARRY S WILSON INC<br>510 PHILADELPHIA PIKE<br>WILMINGTON DE 19809 | |

## BOILER AND MACHINERY COVERAGE PART DECLARATIONS
## BOILER AND MACHINERY COVERAGE FORM

NAMED INSURED IS:  (  ) INDIVIDUAL     (  ) PARTNERSHIP  ( X ) CORPORATION
                   (  ) JOINT VENTURE  (  ) OTHER

POLICY PERIOD:  THIS POLICY BECOMES EFFECTIVE AND EXPIRES AT 12:01 A.M.
                STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS
CONTAINED HEREIN, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED.

### COVERAGE DESCRIPTION

LIMIT OF INSURANCE   $ 500,000

DEDUCTIBLE           $ 1,000.

MORTGAGE HOLDER
MORTGAGE HOLDER ADDRESS

LOSS PAYEE
LOSS PAYEE ADDRESS

### SCHEDULE

LOCATION OF THE "OBJECTS" SHOWN BELOW:
217 SOUTH NEW STREET,
DOVER, DE 19901

SECTION          GROUP DESCRIPTION OR DESCRIPTION OF "OBJECTS"              COVERAGE
                 COMPREHEVSIVE COVERAGE.

*[signatures]*
Corporate Secretary        Chairman of the Board

1. INSURED

**CNA**
*All the Commitments You Make*

CNA Plaza
Chicago, Illinois 60685

**DECLARATIONS**
**YOUR SERVICE INDUSTRY PACKAGE**

RENEWAL DECLARATION

| POLICY NUMBER | FROM POLICY PERIOD TO | COVERAGE IS PROVIDED BY | AGENCY |
|---|---|---|---|
| 3 03370090 | 10/20/89  10/20/90 | TRANSCONTINENTAL INSURANCE CO. | 065J1042 |
| NAMED INSURED AND ADDRESS | | AGENT | |
| CAPITOL DRY CLEANERS & LAUNDERERS, INC. SEE END'T 11 SOUTH GOVERNORS AVENUE DOVER, DE 19901 | | HARRY S WILSON INC 910 PHILADELPHIA PIKE WILMINGTON DE 19809 | |

FORMS AND ENDORSEMENTS APPLICABLE AT TIME OF ISSUANCE:
BM00251185, G54775B, G87660B, BOILER(0-3), P55745A.

PREMIUM FOR THIS COVERAGE PART:   PREMIUM PAYABLE AT INCEPTION $ 355.00

COUNTERSIGNED:_____     BY_____
              DATE                       AUTHORIZED AGENT

THESE DECLARATIONS AND THE GENERAL DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

P-55158-A (1/86 ED.)

*[signatures]*
Corporate Secretary    Chairman of the Board

1. INSURED

**CNA**
*All the Commitments You Make*

CNA Plaza
Chicago, Illinois 60685

**DECLARATIONS**
**YOUR SERVICE INDUSTRY PACKAGE**

**RENEWAL DECLARATION**

| POLICY NUMBER | FROM | POLICY PERIOD | TO | COVERAGE IS PROVIDED BY | AGENCY |
|---|---|---|---|---|---|
| 3 03370090 | 10/20/89 | | 10/20/90 | TRANSCONTINENTAL INSURANCE CO. | 065310420 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| CAPITOL DRY CLEANERS & LAUNDERERS, INC. SEE END1<br>111 SOUTH GOVERNORS AVENUE<br>DOVER, DE 19901 | HARRY S WILSON INC<br>510 PHILADELPHIA PIKE<br>WILMINGTON, DE 19809 |

## COMMERCIAL CRIME COVERAGE PART
### DECLARATIONS

NAMED INSURED IS:   ( ) INDIVIDUAL     ( ) PARTNERSHIP     (X) CORPORATION
                    ( ) JOINT VENTURE  ( ) OTHER:

POLICY PERIOD:   THIS POLICY BECOMES EFFECTIVE AND EXPIRES AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS CONTAINED HEREIN, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED.

COVERAGE, LIMITS OF INSURANCE AND DEDUCTIBLE

| COVERAGE FORMS FORMING PART OF THIS COVERAGE PART | | LIMIT OF INSURANCE | DEDUCTIBLE AMOUNT |
|---|---|---|---|
| COVERAGE FORM C - THEFT, DISAPPEARANCE & DESTRUCTION | | | |
| SECTION 1 - MONEY AND SECURITIES | LOC. 1 | $15000 | NONE |
| SECTION 2 - MONEY AND SECURITIES | LOC. 1 | $15000 | NONE |
| SECTION 1 - MONEY AND SECURITIES | LOC. 2 | $ 3000 | NONE |
| SECTION 2 - MONEY AND SECURITIES | LOC. 2 | $ 3000 | NONE |

*[signatures]*
Corporate Secretary        E J Noha, Chairman of the Board

1. INSURED

**CNA**
All the Commitments You Make®

CNA Plaza
Chicago, Illinois 60685

**DECLARATIONS**
**YOUR SERVICE INDUSTRY PACKAGE**

RENEWAL DECLARATION

| POLICY NUMBER | POLICY PERIOD FROM TO | COVERAGE IS PROVIDED BY | AGENCY |
|---|---|---|---|
| 3 03370090 | 10/20/89  10/20/90 | TRANSCONTINENTAL INSURANCE CO. | 065310420 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| CAPITOL DRY CLEANERS & LAUNDERERS, INC. SEE ENDT<br>111 SOUTH GOVERNORS AVENUE<br>DOVER, DE 19901 | HARRY S WILSON INC<br>510 PHILADELPHIA PIKE<br>WILMINGTON DE 19809 |

FORMS AND ENDORSEMENTS APPLICABLE AT TIME OF ISSUANCE:

CR1000(7-88). CR0004(2-87).

CANCELLATION OF PRIOR INSURANCE

BY ACCEPTANCE OF THIS COVERAGE PART YOU GIVE US NOTICE CANCELLING PRIOR POLICY OR BOND NOS.
THE CANCELLATION TO BE EFFECTIVE AT THE TIME THIS COVERAGE PART BECOMES EFFECTIVE.

PREMIUM FOR THIS COVERAGE PART:    PREMIUM PAYABLE AT INCEPTION $ 900.00

COUNTERSIGNED:_____        BY_____
            DATE                               AUTHORIZED AGENT

THESE DECLARATIONS AND THE GENERAL DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, THE CRIME GENERAL PROVISIONS FORM, COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

55739-A (ED. 1/86)

Corporate Secretary    Chairman of the Board

1. INSURED

**CNA**
CNA Plaza
Chicago, Illinois 60685

"For All the Commitments You Make"

## RENEWAL DECLARATION

| POLICY NUMBER | FROM POLICY PERIOD TO | COVERAGE IS PROVIDED BY | AGENCY |
|---|---|---|---|
| 5 03370090 | 10/20/89  10/20/90 | TRANSCONTINENTAL INSURANCE CO. | 065310420 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| CAPITOL DRY CLEANERS &<br>LAUNDERERS, INC. SEE ENDT<br>111 SOUTH GOVERNORS AVENUE<br>DOVER, DE  19901 | HARRY S WILSON INC<br>510 PHILADELPHIA PIKE<br>WILMINGTON  DE  19809 |

### MECHANICAL, ELECTRICAL AND PRESSURE EQUIPMENT – COVERAGE SCHEDULE

THIS ENDORSEMENT PROVIDES SUPPLEMENTARY INFORMATION TO BE USED WITH THE
FOLLOWING:  MECHANICAL, ELECTRICAL AND PRESSURE EQUIPMENT COVERAGE ENDORSEMENT

I   COVERAGE OPTIONS

    (   ) BASIC COVERAGE
        COVERAGE INCLUDES BOILERS, VESSELS AND PIPING.
    (   ) BROAD COVERAGE
        COVERAGE INCLUDES BOILERS, VESSELS, PIPING, AIR CONDITIONING AND
        REFRIGERATION EQUIPMENT, MACHINERY AND ELECTRICAL EQUIPMENT EXCLUDING
        PRODUCTION, PROCESS, AND MAINTENANCE MACHINERY.
    ( X ) COMPREHENSIVE COVERAGE
        COVERAGE INCLUDES BOILERS, VESSELS, PIPING, AIR CONDITIONING AND
        REFRIGERATION EQUIPMENT, MACHINERY AND ELECTRICAL EQUIPMENT INCLUDING
        PRODUCTION, PROCESS, AND MAINTENANCE MACHINERY.

I   OPTION COVERAGE – SPOILAGE   (COVERAGE ONLY APPLIES AT THOSE LOCATIONS FOR
                                        WHICH A SPOILAGE LIMIT IS SHOWN).
    LOCATIONS
                                                           SPOILAGE LIMIT

    NOTE:   SPOILAGE IS ONLY AVAILABLE WITH THE BROAD AND COMPREHENSIVE COVERAGE
             OPTIONS.

II  LIMIT OF INSURANCE         LIMIT $ 500,000

   DEDUCTIBLES

    PROPERTY DAMAGE DEDUCTIBLE:  (THE APPLICABLE DEDUCTIBLE IS INDICATED BY AN
    "X" IN THE BOX ADJACENT TO THE DEDUCTIBLE AMOUNT)
    (   ) $250          (   ) $500          ( X ) $1,000

    BUSINESS INCOME/EXTRA EXPENSE DEDUCTIBLE (SEE SECTION B.3.B.)

55745-A  (ED. 1/86)

*[signatures]*
orate Secretary    Chairman of the Board

1 INSURED

**CNA**
*Of All the Commitments You Make*

CNA Plaza
Chicago, Illinois 60685

**DECLARATIONS**
**YOUR SERVICE INDUSTRY PACKAGE**

**RENEWAL DECLARATION**

| POLICY NUMBER | FROM POLICY PERIOD TO | COVERAGE IS PROVIDED BY | AGENCY |
|---|---|---|---|
| 3 03370090 | 10/20/89  10/20/90 | TRANSCONTINENTAL INSURANCE CO. | 065310420 |
| NAMED INSURED AND ADDRESS | | AGENT | |
| CAPITOL DRY CLEANERS & LAUNDERERS, INC. SEE ENDT 111 SOUTH GOVERNORS AVENUE DOVER, DE 19901 | | HARRY S WILSON INC 510 PHILADELPHIA PIKE WILMINGTON DE 19809 | |

COMMERCIAL INLAND MARINE COVERAGE PART DECLARATIONS

NAMED INSURED IS:  ( ) INDIVIDUAL      ( ) PARTNERSHIP      ( X ) CORPORATION
                   ( ) JOINT VENTURE   ( ) OTHER

POLICY PERIOD: THIS POLICY BECOMES EFFECTIVE AND EXPIRES AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS CONTAINED HEREIN, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED.

FORMS AND ENDORSEMENTS APPLICABLE AT TIME OF ISSUANCE:

CM00011185, G56355A, G30793D, G44069A, G44070A.

PREMIUM FOR THIS COVERAGE PART:   PREMIUM PAYABLE AT INCEPTION $ 4035.00

COUNTERSIGNED: _____       BY _____
                      DATE                              AUTHORIZED AGENT

THESE DECLARATIONS AND THE GENERAL DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

-55232-A (1/86 ED.)

*signatures*
Corporate Secretary       Chairman of the Board

1 INSURED


For All the Commitments You Make®

# IMPORTANT INFORMATION

## FOR OUR COMMERCIAL CATASTROPHE UMBRELLA THIRD PARTY LIABILITY POLICYHOLDERS

This notice is for informational and illustrative purposes only. It contains general descriptions of coverage and format changes from your previous CNA umbrella contract which bears the form number G-40240-F. This notice should not be construed as a statement of contract and all coverages granted by the policy are subject only to the terms and conditions of the policy itself.

Your new CNA Commercial Catastrophe Umbrella Third Party Liability Policy may represent a broadening or restriction of coverage depending upon the nature of your expiring coverage contract. The coverage changes listed in this notice apply only if your expiring umbrella coverage was provided through one of the CNA companies under form G-40240-F.

As many umbrella coverage features apply in excess of underlying policy features and as these underlying policies may have had substantial coverage changes recently, we urge that you discuss the impact of these changes, and how they affect your umbrella coverage, with your insurance representative.

The foremost change in this form is that it makes provision for covering your exposures on either an "occurrence" or "claims made" basis, where previously coverage was provided only on an "occurrence" basis. Where your underlying coverage is provided on a "claims made" basis, the umbrella will also apply on a "claims made" basis. Conversely, when the underlying coverage is provided on an "occurrence" basis, and is shown on the schedule of underlying insurance in the declarations page, this policy will apply on an "occurrence" basis to all coverage provided by those underlying policies for which this umbrella also provides coverage. Any other coverages provided by this umbrella, for which there is no underlying coverage, will be covered on a "claims made" basis. Other changes are as follows:

I.  **Reductions in Coverage.**
    - Exclusions now apply to both covered and uncovered primary exposures.
    - ISO type pollution exclusion added.
    - Employee bodily injury and consequential bodily injury now excluded.
    - Watercraft coverage restricted.
    - First party automobile liability coverage excluded.
    - Advertising injury coverage limited to advertising your products or services only, and coverage excluded if your business is advertising, broadcasting, publishing or telecasting. Intentional acts are also excluded.
    - Of the two new forms being offered by CNA, defense costs are included within the limits of liability on one of the forms.
    - Suits for a claim must be brought within the United States, its possessions or territories, Puerto Rico or Canada. The injury may occur, however, anywhere in the world.
    - Contractual coverage is limited to incidental contracts and tort liability.
    - Umbrella coverage for underlying "claims made" insured exposures ceases at the same time coverage ceases for these exposures in the underlying insurance.

G-56670-A
(ED. 04/86)

**CNA**
For All the Commitments You Make®

CNA Plaza
Chicago, Illinois 60685

**DECLARATIONS**

NEW DECLARATION

| POLICY NUMBER | FROM POLICY PERIOD TO | COVERAGE IS PROVIDED BY | AGENCY |
|---|---|---|---|
| 9 03370098 | 10/20/88  10/20/89 | VALLEY FORGE INSURANCE COMPANY | 065310420 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| CAPITOL DRY CLEANERS & LAUNDERERS, INC SEE ENDT #1<br>111 SOUTH GOVERNORS AVENUE<br>DOVER, DE 19901 | HARRY S WILSON INC<br>1020 PHILADELPHIA PIKE<br>WILMINGTON, DE 19809 |

COMMERCIAL CATASTROPHE UMBRELLA THIRD PARTY LIABILITY POLICY
DECLARATIONS

IMPORTANT : SOME OF THIS POLICY'S COVERAGE MAY BE SUBJECT TO "CLAIMS MADE" CONDITIONS IF YOUR UNDERLYING INSURANCE IS WRITTEN ON A "CLAIMS MADE" BASIS OR A COVERED EXPOSURE IS NOT COVERED BY AN UNDERLYING POLICY.

ITEM

| THE BUSINESS OF THE NAMED INSURED IS: LAUNDRY & DRY CLEANERS |

1. NAMED INSURED IS:  ( ) INDIVIDUAL   ( X ) CORPORATION   ( ) PARTNERSHIP
                     ( ) JOINT VENTURE  ( ) OTHER:

2. POLICY PERIOD: THIS POLICY BECOMES EFFECTIVE AND EXPIRES AT 12:01 A.M. STANDARD TIME AT THE ADDRESS SHOWN ABOVE.

   RETROACTIVE DATE: N/A

3. LIMIT OF LIABILITY:  $ 1,000,000   EACH INCIDENT   $ 1,000,000   AGGREGATE

4. RETAINED LIMIT  $ 10,000

5. SCHEDULE OF UNDERLYING INSURANCE

| UNDERLYING INSURER POLICY NUMBER AND POLICY PERIOD | UNDERLYING INSURANCE COVERAGES | LIMIT OF LIABILITY | |
|---|---|---|---|
| | GENERAL LIABILITY | EACH OCCURRENCE | AGGREGATE |
| TRANSCONTINENTAL | COMBINED BODILY INJURY AND PROPERTY DAMAGE LIABILITY | $ 500,000 | $ 500,000 |
| SE 303370090 | BODILY INJURY LIABILITY | $ | $ |
| 10-20-88/89 | PROPERTY DAMAGE LIABILITY | $ | $ |

Corporate Secretary       Chairman of the Board

1. INSURED