## Cross Liability Exclusion

It is agreed that this insurance shall not apply to any liability of one insured for property damage to the property of another insured.