IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPITOL CLEANERS AND LAUNDERERS, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| CNA INSURANCE COMPANIES, INC., CNA INSURANCE GROUP, INC., and TRANSCONTINENTAL INSURANCE COMPANY, | ) ) ) ) ) |
| Defendants. | ) |

C.A. No. 04-865 (GMS)

## **ORDER**

1. On March 15, 2005, the court issued an order directing plaintiff Capitol Cleaners and Launderers, Inc. ("Capitol") to show good cause by March 18, 2005, for its failure to serve defendants CNA Insurance Companies, Inc. and CNA Insurance Group, Inc. (collectively "CNA Defendants") (D.I. 7), to which Capitol timely responded (D.I. 8). In its response, Capitol explains that service was denied by the CNA Defendants' registered agent, Corporation Trust Company, because the CNA Defendants have not paid their fees.

2. In spite of Capitol's explanation, the fact remains that the CNA Defendants remain unserved. Thus, although it may result in a hardship to Capitol, the court is nevertheless obliged to dismiss the CNA Defendants without prejudice pursuant to Fed. R. Civ. P. 4(m). Due to the dismissal of the CNA Defendants (both Delaware citizens), the court has subject matter jurisdiction under 28 U.S.C. § 1332 (2004). Consequently, the court will deny Capitol's Motion to Remand (D.I. 3). However, to the extent Capitol's reply brief (D.I. 5) is intended to be a motion under Rule 19, the court will deny that motion without prejudice.

IT IS HEREBY ORDERED THAT:

1. The CNA Defendants be DISMISSED without prejudice;

2. Capitol's Motion to Remand be DENIED; and

3. Capitol's motion under Rule 19 be DENIED without prejudice.


Dated: March 24, 2005                                              /s/ Gregory M. Sleet
                                                                   UNITED STATES DISTRICT JUDGE