# EXHIBIT A

## AFFIDAVIT OF PERSONAL SERVICE

STATE OF DELAWARE}
                  } ss:
COUNTY OF KENT    }

I, EDWARD JONES, OF THE STATE OF DELAWARE, COUNTY OF KENT, BEING DULY SWORN, SAYS THAT ON THE 31ST DAY OF MARCH, 2005, AT 3:40 P.M., I PERSONALLY SERVED A PRAECIPE, SUMMONS AND AMENDED COMPLAINT FOR DECLARATORY JUDGMENT AND DAMAGES UPON CNA INSURANCE COMPANIES, INC., BY SERVING THE SECRETARY OF STATE OF DELAWARE, LOCATED AT 401 FEDERAL STREET, DOVER, DE 19901. SERVICE WAS ACCEPTED BY MARTINA MARTIN.

_____
EDWARD JONES

Subscribed and sworn before me
This 31ST day of March, 2005.

_____
Tara L. Fox

My commission expires: 7-22-2005

TARA L. FOX
NOTARY PUBLIC - DELAWARE
COMMISSION EXPIRES 7/22/05

## AFFIDAVIT OF PERSONAL SERVICE

STATE OF DELAWARE}
                 } ss:
COUNTY OF KENT   }

I, EDWARD JONES, OF THE STATE OF DELAWARE, COUNTY OF KENT, BEING DULY SWORN, SAYS THAT ON THE 31ST DAY OF MARCH, 2005, AT 3:40 P.M., I PERSONALLY SERVED A PRAECIPE, SUMMONS, AND AMENDED COMPLAINT FOR DECLARATORY JUDGMENT AND DAMAGES UPON CNA INSURANCE GROUP, INC., BY SERVING THE SECRETARY OF STATE OF DELAWARE, LOCATED AT THE ADDRESS OF 401 FEDERAL STREET, DOVER, DE 19901. SERVICE WAS ACCEPTED BY MARTINA MARTIN.

EDWARD JONES

Subscribed and sworn before me
This 31ST day of March, 2005.

Tara L. Fox

My commission expires: 7-22-2005

**TARA L. FOX**
NOTARY PUBLIC - DELAWARE
COMMISSION EXPIRES 7/22/05