IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CAPITOL CLEANERS AND LAUNDERERS, INC. a Delaware Corporation | : : : : | C. A. No. 04-0865-(GMS) |
| Plaintiff, | : : | |
| v. | : : | |
| CNA INSURANCE COMPANIES, INC., CNA INSURANCE GROUP, INC. and TRANSCONTINENTAL INSURANCE COMPANY, a CNA COMPANY | : : : : : | JURY TRIAL DEMANDED |
| Defendants. | : | |

## ORDER

**IT IS SO ORDERED** this _____ day of _____, 2005, that the Plaintiff's Motion to Vacate Order and to Remand or, in the alternative, to Reargue is **HEREBY GRANTED**.

_____
The Honorable Gregory M. Sleet
United States District Court Judge