# Exhibit "A"

# Exhibit "A"

A REGION DEFENSE LITIGATION LAW FIRM

| MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN |

A PROFESSIONAL CORPORATION   www.marshalldennehey.com

**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**PENNSYLVANIA**
Bethlehem
Doylestown
Erie
Harrisburg
Newtown Square
Norristown
Philadelphia
Pittsburgh
Scranton
Williamsport

**NEW JERSEY**
Cherry Hill
Roseland

**DELAWARE**
Wilmington

**OHIO**
Akron

**FLORIDA**
Ft. Lauderdale
Orlando
Tampa

**Direct Dial: 302-552-4317**
**Email: dgriffith@mdwcg.com**

September 22, 2004



Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, DE 19801

    Re:    **Capitol Cleaners v. Transcontinental Insurance Company**
           **C.A. No.: 04-865-GMS**
           **Our File No.: 03127-00745**

Dear Judge Sleet:

    Plaintiff's Motion for Remand is presently pending before Your Honor. Attached are Certificates from the Delaware Secretary of State confirming that CNA Insurance Group, Inc. and CNA Insurance Companies, Inc. are "no longer in existence and in good standing under the laws of the State of Delaware, having become inoperative and void the 1st day of March, A.D., 1996 . . ." which we would ask Your Honor to consider as our supplemental submission. We provided these documents to plaintiff's counsel by correspondence dated September 7, 2004, a copy of which is attached, with a request that the Motion be withdrawn.

    Plaintiff appears to have abandoned it's original argument that no diversity exists, instead focusing on it's position that the case should be remanded so that it can be consolidated with plaintiff's claims against other insurance carriers as a matter of judicial economy. However, case law in this Circuit is clear that "policy considerations such as judicial economy and the plaintiff's choice of forum are not in themselves valid bases for remand under §1447(c)" *Feidt v. Owens Corning Fiberglas Corp.*, 153 F.3d 124 (3rd Cir. 1998). Plaintiff could have filed one action in the state court against the three relevant insurance carriers (Zurich, Sentry and Transcontinental). This would have achieved the goal plaintiff desires (i.e., having a claims against the carriers involved in one action, without the possibility of removal of one claim to federal court based on diversity). Plaintiff's stated reason for not doing so (a conflict of interest by plaintiff's counsel) should not invalidate Transcontinental's valid removal of this action to federal court. It would be analomous indeed if plaintiff's own conflict of interest afforded him the tactical advantage plaintiff seeks.

Honorable Gregory M. Sleet
September 22, 2004
Page 2

---

    For all of the foregoing reasons, it is respectfully requested that this Honorable Court deny plaintiff's Motion for Remand.

                              Respectfully submitted,

                              Daniel A. Griffith

DAG:jvm
Enclosure(s)
cc:    Michael P. Kelly, Esquire
        Anna Goldenstein, CNA;
          Claim No. DJ000592

\15_A\LIAB\DAG\CORR\243324\JVM\03127\00745

# Delaware

## The First State

PAGE 1

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE CERTIFICATE OF INCORPORATION OF "CNA INSURANCE COMPANIES, INC.", WAS RECEIVED AND FILED IN THIS OFFICE THE SECOND DAY OF FEBRUARY, A.D. 1994.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION IS NO LONGER IN EXISTENCE AND GOOD STANDING UNDER THE LAWS OF THE STATE OF DELAWARE HAVING BECOME INOPERATIVE AND VOID THE FIRST DAY OF MARCH, A.D. 1996 FOR NON-PAYMENT OF TAXES.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION WAS SO PROCLAIMED IN ACCORDANCE WITH THE PROVISIONS OF GENERAL CORPORATION LAW OF THE STATE OF DELAWARE ON THE THIRTIETH DAY OF MAY, A.D. 1996, THE SAME HAVING BEEN REPORTED TO THE GOVERNOR AS HAVING NEGLECTED OR REFUSED TO PAY THEIR ANNUAL TAXES.



Harriet Smith Windsor, Secretary of State

2374991   8400

040574237

AUTHENTICATION: 3312760

DATE: 08-24-04

# Delaware

## The First State

PAGE 1

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE CERTIFICATE OF INCORPORATION OF "CNA INSURANCE GROUP, INC.", WAS RECEIVED AND FILED IN THIS OFFICE THE SECOND DAY OF FEBRUARY, A.D. 1994.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION IS NO LONGER IN EXISTENCE AND GOOD STANDING UNDER THE LAWS OF THE STATE OF DELAWARE HAVING BECOME INOPERATIVE AND VOID THE FIRST DAY OF MARCH, A.D. 1996 FOR NON-PAYMENT OF TAXES.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION WAS SO PROCLAIMED IN ACCORDANCE WITH THE PROVISIONS OF GENERAL CORPORATION LAW OF THE STATE OF DELAWARE ON THE THIRTIETH DAY OF MAY, A.D. 1996, THE SAME HAVING BEEN REPORTED TO THE GOVERNOR AS HAVING NEGLECTED OR REFUSED TO PAY THEIR ANNUAL TAXES.



*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

2374987   8400

040574241

AUTHENTICATION: 3317101

DATE: 08-26-04