IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPITOL CLEANERS AND LAUNDERERS, INC., a Delaware Corporation, | : :  :  : |
| Plaintiffs, | : C.A. No. 04-865-GMS : |
| v. | : : |
| CNA INSURANCE COMPANIES, INC., CNA INSURANCE GROUP, INC. and TRANSCONTINENTAL INSURANCE COMPANY, a CNA Company, | : : JURY TRIAL DEMANDED : : |
| Defendants. | : |

## DECLARATION OF DAVID LEHMAN

DAVID LEHMAN, of full age, according to law, upon his oath, hereby deposes and says:

1. I am an Assistant Secretary of Transcontinental Insurance Company ("Transcontinental") the defendant in the above-referenced matter. In this capacity, I have personal knowledge of the matters addressed by this Declaration.

2. At the time Plaintiffs filed their Complaint, Transcontinental was a New York corporation with its principal place of business in Chicago, Illinois.

3. As of November, 2004, Transcontinental is a New York corporation with its principal place of business in New York.

4. "CNA" is a registered service mark, trade name and domain name. Transcontinental is one of several insurance underwriting companies authorized to use the "CNA" service mark in its business operations. Contracts, including insurance policies, are completed in its true corporate name, Transcontinental.

5.  On January 11, 1966, the service mark "CNA" was registered with the United States Patent and Trade Mark Office (Reg. No. 802, 010). The mark was listed on the Principal Register under Class 102 and registered for use in underwriting accident, health, liability, property, marine and multiple peril insurance and providing reinsurance and bonds. This "CNA" service mark appears as three capital letter with no periods or spaces between them. Attached hereto is a true and correct copy of the Registration Certificate for this service mark.

6.  "CNA Insurance Companies, Inc." and "CNA Insurance Group, Inc.," as named in Plaintiff's Complaint, are not corporations or legal entities affiliated with Transcontinental.

7.  Neither Transcontinental nor any company affiliated with Transcontinental has caused to be incorporated in Delaware an entity with the name CNA Insurance Companies or CNA Insurance Group, Inc.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: May 24, 2005

_David Lehman_
DAVID LEHMAN

\IS_A\LIAB\DAG\LLPG\284145\JVM\0312700745

Int. Cl.: 36

Prior U.S. Cl.: 102



United States Patent Office

Reg. No. 1,043,744
Registered July 13, 1976

## SERVICE MARK
Principal Register



CNA Financial Corporation (Delaware corporation)
333 S. Wabash
Chicago, Ill. 60685

For: INSURANCE UNDERWRITING SERVICES, in CLASS 36 (U.S. CL. 102).
First use Dec. 21, 1964; in commerce Dec. 21, 1964.
Owner of Reg. Nos. 802,010, 957,480, and 986,191.

Ser. No. 63,594, filed Sept. 19, 1975.

G. E. PENCE, Examiner

DAN GRIFFITH - Lehman Decl., Ex. A.PDF                                                                            Pag

# United States Patent Office

**802,010**
Registered Jan. 11, 1966

## PRINCIPAL REGISTER
### Service Mark

Ser. No. 209,234, filed Jan. 4, 1965

## CNA

Continental Casualty Company (Illinois corporation)
310 S. Michigan Ave.
Chicago, Ill.

For: UNDERWRITING ACCIDENT, HEALTH, LIABILITY, PROPERTY, MARINE, AND MULTIPLE PERIL INSURANCE AND PROVIDING REINSURANCE AND BONDS, in CLASS 102.
First use Dec. 21, 1964; In commerce Dec. 21, 1964.

P. GILMORE, *Examiner*.